IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Howard Langford, | ) | |
| | ) | 8:04CV172 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| City of Omaha, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 32, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to respond to defendant's discovery requests. Upon review of the record, I will grant the motion, and the plaintiff shall have until May 31, 2005 to file the document.

SO ORDERED.

DATED this 10th day of May, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge