IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOWARD LANGFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04cv172** |
| vs. | ) | |
| | ) | **AMENDED ORDER SETTING** |
| **CITY OF OMAHA,** | ) | **SCHEDULE FOR** |
| | ) | **PROGRESSION OF CASE** |
| **Defendant.** | ) | |

This matter is before the court on filing no. 46, the plaintiff's Motion to Extend Progression Order Deadlines. The defendant does not object to the requested extension (filing no. 50). Therefore, filing no. 46 is granted as set forth below. However, no further extensions or continuances will be granted.

**IT IS ORDERED:**

**Trial**.  A jury trial of this case will begin on Monday, **April 17, 2006**, at 8:30 a.m. before Chief Judge Joseph F. Bataillon, in Courtroom No. 3, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, subject to the prior disposition or continuance of any criminal cases set for trial before Judge Bataillon that week.

**Pretrial Conference**.  The pretrial conference will be held on Thursday, **April 6, 2006**, at 9:00 a.m. before the undersigned magistrate judge in Courtroom No. 6 of the Roman L. Hruska United States Courthouse.

**DATED November 3, 2005.**

                              **BY THE COURT:**


                              s/ F.A. Gossett
                              **United States Magistrate Judge**