IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD LANGFORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF OMAHA, )<br>)<br>Defendant. ) | Case No. 8:04cv172<br><br>**ORDER** |

On the Court's own motion, the final pretrial conference in this case will be rescheduled.

**IT IS ORDERED:**

1. That the final pretrial conference now scheduled for April 6, 2006 at 9:00 a.m., is moved to **March 31, 2006 at 9:00 a.m.** The conference will be held in the courtroom of the undersigned magistrate judge, Courtroom 6, 2nd Floor, Roman L. Hruska U. S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. All other deadlines and instructions previously issued remain in effect.

Dated this 3rd day of February 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge