## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

HOWARD LANGFORD,                )        8:04cv172
                                )
            Plaintiff,          )
                                )
      vs.                       )        **ORDER OF DISMISSAL**
                                )
CITY OF OMAHA,                  )
                                )
            Defendant.          )

PURSUANT to a Stipulation for Dismissal of the parties dated the 27th day of March, 2006, hereto previously filed, and the Court being fully advised of the matters herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced cause of action is dismissed with prejudice, and with each party to bear its own costs.

DATED this 28th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
DISTRICT COURT JUDGE

Prepared and submitted by:
Michelle Peters, No. 20021
Assistant City Attorney
Attorney for Defendant
1819 Farnam Street, Suite 804
Omaha, NE 68183
Telephone:  (402) 444-5115


Approved as to form by:
Howard Langford, pro se
Plaintiff